# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MODULUS-X PRECISION MACHINING LTD.,<br><br>  *Plaintiff,*<br><br>v.<br><br>MODTRUSS, INC.; and DOES 1-10, INCLUSIVE,<br><br>  *Defendants.* | Case No. 1:24-cv-04377-ELR |
| MODTRUSS, INC.,<br><br>  *Counterclaim Plaintiff,*<br><br>v.<br><br>MODULUS-X PRECISION MACHINING LTD.; KEY RIGGING EQUIPMENT LTD.; and DEAN COLLINS,<br><br>  *Counterclaim Defendants.* | |

## [PROPOSED] ORDER

The Court, having read and fully considered the Motion to Stay Deadlines Pending Resolution of Counterclaim Defendants' Motion to Dismiss, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. All case deadlines, including filing the Joint Preliminary Report and Discovery Plan and

1

Initial Disclosures as well as the start of discovery, are hereby stayed until such time as the Court has ruled on Counterclaim Defendants' Motion to Dismiss.

So ordered, this _____ day of _____, 2025.

_____
The Honorable Eleanor L. Ross
United States District Court
Northern District of Georgia